# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

TOBY LAMB II,

        Petitioner,    :    Case No. 1:19-cv-621

  - vs -                                District Judge Timothy S. Black
                                              Magistrate Judge Michael R. Merz

WARDEN,
  Southern Ohio Correctional Facility,

                                            :
        Respondent.

## TRANSFER ORDER

With the consent of both of them, the Magistrate Judge reference in this case is hereby TRANSFERRED from The Honorable Stephanie K. Bowman to The Honorable Michael R. Merz to help balance the Magistrate Judge workload in the District.

August 14, 2020.

                                                          s/ *Michael R. Merz*
                                                   United States Magistrate Judge