# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| TOBY LAMB, II, | : Case No. 1:19-cv-621 |
| Petitioner, | : Judge Timothy S. Black |
| | : Magistrate Judge Michael R. Merz |
| vs. | : |
| WARDEN, South Ohio Correctional Facility, | : |
| Respondent. | : |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 13) AND
## TERMINATING THIS CASE IN THIS COURT

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Michael R. Merz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on August 24, 2020, submitted a Report and Recommendation.  (Doc. 13).  No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter.  Upon consideration of the foregoing, the Court does determine that the Report and Recommendation (Doc. 13) should be and is hereby **ADOPTED** in its entirety.

Accordingly, for the reasons stated above:

1) The petition (Doc. 1) is hereby **DISMISSED with prejudice**.

2)     A certificate of appealability **WILL NOT** issue with respect to any of the claims for relief alleged in the petition..

3)     The Court certifies that pursuant to 28 U.S.C. § 1915(a)(3), an appeal of this Order would not be taken in good faith and therefore Petitioner is denied leave to appeal *in forma pauperis*.

4)     The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** from the docket of this Court.

**IT IS SO ORDERED.**

Date:   9/28/2020                                  *s/Timothy S. Black*
                                                                  Timothy S. Black
                                                                  United States District Judge